# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, | : : : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 1:18-cv-01806-CFC : |
| DELAWARE DIAGNOSTIC & REHABILITATION CENTER, P.A.; CONRAD K. KING, JR., M.D., P.A.; DAMON D. CARY, D.O., P.A.; CONRAD K. KING, JR.; DAMON D. CARY; and WILLIAM R. ATKINS, JR. | : JURY TRIAL DEMANDED : : : : : : |
| Defendants. | : |

## DEFENDANTS DELAWARE DIAGNOSTIC & REHABILITATION CENTER, P.A. AND WILLIAM R. ATKINS, JR.'S MOTION TO DISMISS

Defendants Delaware Diagnostic & Rehabilitation Center, P.A. and William R. Atkins, Jr. (the "Atkins Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) hereby move to dismiss this action and all claims against the Atkins Defendants. The grounds for this motion are set forth in an Opening Brief filed simultaneously herewith.

/s/ Adam L. Balick (#2718)
Adam L. Balick (#2718)
Melony Anderson (#4377)
Nathan Trexler (#5665)
Balick & Balick, LLC
711 King Street
Wilmington, Delaware 19801
(302) 658-4265
abalick@balick.com
manderson@balick.com
ntrexler@balick.com

Dated: April 4, 2019                     *Attorneys for the Atkins Defendants*