IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>           Plaintiffs,<br><br>    v.<br><br>DELAWARE DIAGNOSTIC & REHABILITATION CENTER, P.A.; CONRAD K. KING, JR., M.D., P.A.; DAMON D. CARY, D.O., P.A.; WILLIAM R. ATKINS, JR., M.D., LLC; CONRAD K. KING, JR.; DAMON D. CARY; and WILLIAM R. ATKINS, JR.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1806 (MN) (SRF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 1st day of June 2021:

WHEREAS, on May 13, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 137) in this action, recommending that the Court deny Delaware Diagnostic & Rehabilitation Center, P.A. and William R. Atkins, Jr.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and /or 12(h)(3) (D.I. 112), deny Damon D. Cary, D.O., P.A., Conrad K. King, Jr., M.D., P.A., Damon D. Cary, D.O., and Conrad K. King, Jr.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(h)(3) (D.I. 113), and grant Plaintiffs' Motion to Dismiss the Second Amended Counterclaims of Defendants Dr. King, Dr. Cary, Cary Practice, and King Practice (D.I. 100); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period for the above motions, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. Delaware Diagnostic & Rehabilitation Center, P.A. and William R. Atkins, Jr.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and /or 12(h)(3) (D.I. 112) is DENIED. Damon D. Cary, D.O., P.A., Conrad K. King, Jr., M.D., P.A., Damon D. Cary, D.O., and Conrad K. King, Jr.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(h)(3) (D.I. 113) is DENIED. Plaintiffs' Motion to Dismiss the Second Amended Counterclaims of Defendants Dr. King, Dr. Cary, Cary Practice, and King Practice (D.I. 100) is GRANTED and the Second Amended Counterclaims (D.I. 93) are DISMISSED. Plaintiffs' alternative request to sever and stay the counterclaims is DENIED AS MOOT.

_____
The Honorable Maryellen Noreika
United States District Judge