IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE DIAGNOSTIC & REHABILITATION CENTER, P.A.; CONRAD K. KING, JR., M.D., P.A.; DAMON D. CARY, D.O., P.A.; CONRAD K. KING, JR.; DAMON D. CARY; and WILLIAM R. ATKINS, JR.,<br><br>Defendants. | Case No. 18-1806-MN-SRF |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS DAMON D. CARY, D.O., P.A. AND DAMON D. CARY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, and Defendants Damon D. Cary, D.O., P.A. and Damon D. Cary, by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of Defendants Damon D. Cary, D.O., P.A. and Damon D. Cary, from the above-captioned action, with each party bearing its own attorneys' fees, costs, and expenses. The parties further stipulate and agree, and request that the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. The effectiveness of this Joint Stipulation of Dismissal is conditioned upon the Court entering an order dismissing the action with prejudice and retaining jurisdiction to enforce the parties' settlement agreement.

Dated: September 21, 2021

| **MCCARTER & ENGLISH, LLP**<br><br>/s/ *Alexandra M. Joyce*<br>Andrew S. Dupre (#4621)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>T: (302) 984-6328<br>F: (302) 984-0311<br>adupre@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company* | **HOLLAND & KNIGHT LLP**<br>David I. Spector (admitted *pro hac vice*)<br>Adam K. Hodges (admitted *pro hac vice*)<br>Kayla Pragid (admitted *pro hac vice*)<br>777 South Flagler Drive<br>Suite 1900, West Tower<br>West Palm Beach, Florida 33401<br>T: (561) 833-2000<br>F: (561) 650-8399<br>David.Spector@hklaw.com<br>Adam.Hodges@hklaw.com<br>Kayla.Pragid@hklaw.com<br><br>*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company* |
|---|---|
| **BARATTA, RUSSELL & BARATTA**<br>Andrew Baratta (admitted *pro hac vice*)<br>3500 Reading Way<br>Huntington Valley, PA 19006<br>T: (215) 914-2222<br>F: (215) 914-2118<br>Andrew@barattarussell.com<br><br>*Attorneys for Defendants Damon D. Cary, D.O., P.A., Damon D. Cary, Conrad K. King, Jr., M.D., P.A., and Conrad K. King, Jr.* | **ALLEN & ASSOCIATES**<br><br>/s/ *Michele D. Allen*<br>Michele D. Allen (#4359)<br>Caitlyn E. Quinn (#6319)<br>724 Yorklyn Road, Suite 310<br>Hockessin, Delaware 19707<br>(302) 234-8600<br>(302) 234-8602 (fax)<br>michele@allenlaborlaw.com<br>caitlyn@allenlaborlaw.com<br><br>*Attorneys for Defendants Damon D. Cary, D.O., P.A., Damon D. Cary, Conrad K. King, Jr., M.D. P.A., and Conrad K. King, Jr.* |

SO ORDERED this 22nd day of September 2021.

_____
The Honorable Maryellen Noreika
United States District Judge